FILED
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

FEB 10 2004

By:_____
                Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| AUSA LIFE INSURANCE COMPANY, INC.; FIRST AUSA LIFE INSURANCE COMPANY; IDEX TRANSAMERICA CONSERVATIVE HIGH YIELD BOND FUND; LIFE INVESTORS INSURANCE COMPANY OF AMERICA; MONUMENTAL LIFE INSURANCE COMPANY; PEOPLES BENEFIT LIFE INSURANCE COMPANY; TRANSAMERICA LIFE INSURANCE AND ANNUITY COMPANY; TRANSAMERICA LIFE INSURANCE COMPANY; TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY; TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY MODIFIED SEPARATE ACCOUNT -- TRIPLE A (AMBAC); AND (CLICO) SEPARATE ACCOUNT -- QUALIFIED COMMINGLED BOND (TRAC),<br><br>PLAINTIFFS<br><br>vs.<br><br>CITIGROUP, INC.; CITICORP; CITIBANK, N.A.; CITICORP NORTH AMERICA, INC.; CITIGROUP GLOBAL MARKETS INC. (F/K/A SALOMON SMITH BARNEY INC.); CREDIT SUISSE FIRST BOSTON, INC.; CREDIT SUISSE FIRST BOSTON (USA) INC.; CREDIT SUISSE FIRST BOSTON LLC (F/K/A CREDIT SUISSE FIRST BOSTON CORPORATION); DONALDSON, LUFKIN & JENRETTE SECURITIES CORPORATION; DEUTSCHE BANC ALEX. BROWN; DEUTSCHE BANC ALEX. BROWN, INC.; DEUTSCHE BANK SECURITIES INC.; J. P. MORGAN CHASE & CO.; J. P. MORGAN SECURITIES INC.; JP MORGAN CHASE BANK; LEHMAN BROTHERS HOLDINGS, INC.; LEHMAN BROTHERS, INC.; BEAR STEARNS & CO., INC.; AND UBS SECURITIES LLC (F/K/A UBS WARBURG LLC),<br><br>DEFENDANTS. | CASE NO.: 04-0013LRR<br><br>STATEMENT OF INTEREST ON BEHALF OF PLAINTIFFS |

[Caption Continued on Next Page]

CITIGROUP, INC.; CITICORP; CITIBANK, N.A.; CITICORP NORTH AMERICA, INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE FIRST BOSTON LLC (F/K/A CREDIT SUISSE FIRST BOSTON CORPORATION) ON ITS OWN BEHALF AND AS SUCCESSOR-IN- INTEREST TO PERSHING LLC (F/K/A DONALDSON, LUFKIN & JENRETTE SECURITIES CORPORATION); DEUTSCHE BANK SECURITIES INC.; J. P. MORGAN CHASE & CO.; J. P. MORGAN SECURITIES INC.; JP MORGAN CHASE BANK; LEHMAN BROTHERS HOLDINGS, INC.; LEHMAN BROTHERS, INC.; THE BEAR STEARNS COMPANIES, INC.; BEAR STEARNS & CO., INC.; AND UBS SECURITIES LLC (F/K/A UBS WARBURG LLC),

    THIRD-PARTY PLAINTIFFS.

    VS.

ARTHUR ANDERSEN, LLP; KENNETH L. LAY; JEFFREY K. SKILLING; ANDREW S. FASTOW; MICHAEL J. KOPPER; BEN F. GLISAN, JR.; RICHARD B. BUY; AND RICHARD A. CAUSEY,

    THIRD-PARTY DEFENDANTS.

Pursuant to Local Rules 3.2 and 81.1(c), (d) and (3), Plaintiffs provide the following information to the Court with respect to their parents, subsidiaries, and affiliates that could conceivably create conflicts of interest for the Court, and not otherwise:

(a) AUSA Life Insurance Company, Inc.; First USA Life Insurance Company; Life Investors Insurance Company of America; Monumental Life Insurance Company; Peoples Benefit Life Insurance Company; Transamerica Assurance Company; Transamerica Life Insurance and Annuity Company; Transamerica Life Insurance Company; and Transamerica Occidental Life Insurance Company are direct or indirect subsidiaries of non-public entities not germane to this action and indirect subsidiaries of AEGON nv, a publicly traded holding company in the Netherlands;

(b) Direct and indirect subsidiaries of Plaintiff companies are not publicly traded and not germane to this action.

(c) With respect to any of the named Plaintiffs, if any such entities present a potential conflict of interest for the Court, Plaintiffs can provide such additional information as the Court may request regarding the precise financial interest of the entity.

Dated: February 10, 2004                     Respectfully submitted,

By: _____
Dan Childers          LI404746700
Patrick M. Roby       LI00004790
ELDERKIN & PIRNIE, P.L.C.
115 First Avenue, S.E.
P.O. Box 1968
Cedar Rapids, IA  52406-1968
(319) 362-2137 (Telephone)
(319) 362-1640 (Facsimile)

[signature continued on next page]

J. Michael Hennigan
Robert L. Palmer
HENNIGAN, BENNETT & DORMAN LLP
601 S. Figueroa Street, Suite 3300
Los Angeles, CA  90017
(213) 694-1200 (Telephone)
(213) 694-1234 (Facsimile)

ATTORNEYS FOR PLAINTIFFS